NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EGG WORKS, INC., EGG WORKS 2, LLC, AND BRADLEY J. BURDSALL,**
*Plaintiffs-Appellants,*

v.

**EGG WORLD, LLC, GABRIEL KRSTANOVIC, AND DEJAN DEBELJAK,**
*Defendants-Appellees.*

---

2011-1083

---

Appeal from the United States District Court for the District of Nevada in case no. 10-CV-1013, Judge Lloyd D. George.

---

ON MOTION

---

ORDER

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Ninth Circuit.

It appears from Egg Works, Inc. et al.'s notice of appeal in this trademark infringement case that the appellants were intending to seek review in the Ninth Circuit.

This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based only upon our review, it does not appear that the district court's jurisdiction arose in whole or in part under the laws governing this court's appellate jurisdiction.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order opposing transfer, this appeal will be transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

DEC 1 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael J. McCue, Esq.
    Guinness I. Ohazuruike, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2010

JAN HORBALY
CLERK